### 11279.  WELBORN, alias FAVER, v. THE STATE.

LUKE, J.  "In order to warrant a conviction of a felony upon the testi-
mony of an accomplice, the corroborating circumstances must be such as
would lead to the inference that the defendant is guilty, independently
of the testimony of the accomplice."  *Butler* v. *State*, 17 *Ga. App.* 522
(1) (87 S. E. 712), and cit.  Under this rule the conviction of the de-
fendant in the instant case was unauthorized, and the court erred in
overruling the motion for a new trial.

  *Judgment reversed.  Broyles, C. J., and Bloodworth, J., concur.*
    DECIDED MAY 12, 1920.

Indictment for felony; from Wilkes superior court — Judge
Walker.  December 13, 1919.

Under an indictment for larceny of a hog, Welborn, alias Favor,
was found guilty with a recommendation that he be punished as
for a misdemeanor.  The material facts appear in the report of
the case of *Welborn* v. *State*, ante, 245, which was tried with this
case.

*Colley & Colley, Hugh E. Combs,* for plaintiff in error.
*R. C. Norman, solicitor-general,* contra.